IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEZMIN L. ENGLISH**                                                                                       **PLAINTIFF**
ADC #155869

V.                                              NO. 3:25-cv-00036-JM

**BJ CARTER and**
**R. HINDMAN**                                                                                              **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin and Mr. English's timely objections to the Recommendation. After careful review of the Recommendation, Mr. English's objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Mr. English's objections do not provide a legal basis for his claims to proceed.

Mr. English's complaint is DISMISSED, without prejudice, based on his failure to state a plausible constitutional claim for relief. Judgment shall be entered accordingly, and this case will be CLOSED.

The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g) and certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 1st day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE