# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DEZMIN L. ENGLISH**                                                                 **PLAINTIFF**
**ADC #155869**

**V.**                          **NO. 3:25-cv-00036-JM**

**BJ CARTER and**
**R. HINDMAN**                                                             **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 1st day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE